Same case below, 579 F.3d 589.

No. 09-10245. William Freeman, Petitioner v. United States.

561 U.S. 1058, 131 S. Ct. 61, 177 L. Ed. 2d 1152, 2010 U.S. LEXIS 5757.

September 28, 2010. Motion of petitioner for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit granted.

Same case below, 355 Fed. Appx. 1.

No. 09-10876. Donald Bullcoming, Petitioner v. New Mexico.

561 U.S. 1058, 131 S. Ct. 62, 177 L. Ed. 2d 1152, 2010 U.S. LEXIS 5754.

September 28, 2010. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the Supreme Court of New Mexico granted.

Same case below, 147 N.M. 487, 226 P.3d 1.

No. 09-11311. Marcus Sykes, Petitioner v. United States.

561 U.S. 1058, 131 S. Ct. 63, 177 L. Ed. 2d 1152, 2010 U.S. LEXIS 5751.

September 28, 2010. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit granted.

Same case below, 598 F.3d 334.

No. 10-76. Goodyear Luxembourg Tires, S.A., et al., Petitioners v. Edgar D. Brown, et ux., Co-Administrators of the Estate of Julian David Brown, et al.

561 U.S. 1058, 131 S. Ct. 63, 177 L. Ed. 2d 1152, 2010 U.S. LEXIS 5750.

September 28, 2010. Petition for writ of certiorari to the Court of Appeals of North Carolina granted, and the case is to be argued in tandem with No. 09-1343, J. McIntyre Machinery, Ltd. v. Nicastro et ux., supra.

Same case below, 199 N.C. App. 50, 681 S.E.2d 382.